**FILED**

Jul 30 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/AI          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>TRINA STEPHANIE RUPLEY,<br><br>                    Defendant. | Case No. __'25 CR3018 TWR__<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 111(a)(1) -<br>Assault on a Federal Officer<br>(Felony) |

The grand jury charges:

On or about July 2, 2025, within the Southern District of California, defendant TRINA STEPHANIE RUPLEY did forcibly assault a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security Investigations, Task Force Officer D. Trebbi, while Task Force Officer D. Trebbi was engaged in and on account of the performance of his official duties, such acts involving physical contact with Task Force Officer D. Trebbi by slapping Task Force Officer D. Trebbi in the face; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: July 30, 2025.

ADAM GORDON
United States Attorney

By: _____
    EVANGELINE A. DECH
    Assistant U.S. Attorney

EAD:cms:San Diego:7/29/25