The Law Office of Emerson Wheat, APC
Emerson Wheat, Esq.
CA Bar No. 277456
402 West Broadway, Suite 1815
San Diego, CA 92101
(619) 876-1633
emersonwheat@gmail.com

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Trina Stephanie Rupley,<br><br>Defendant. | Case No. 25-CR-3018-DMS<br><br>**Acknowledgment of Next Court Date** |

I, defendant Trina Stephanie Rupley, acknowledge that am ordered to appear for the motions hearing and trial setting on January 30, 2026, at 10:30 a.m.

Dated: __1/21/26__                        _____

                                          Trina Stephanie Rupley
                                          Defendant

25-CR-3018-DMS

1